Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendants American Honda Finance corporation

ORIGINAL
FILED
'06 OCT 24 PM 2:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC     DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. COUSENS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, "AGENT JENKINS" and CINGULAR WIRELESS SERVICES, INC.,<br><br>Defendants. | Case No.: 06CV2080 LSP<br><br>**ANSWER OF DEFENDANT AMERICAN HONDA FINANCE CORPORATION TO VERIFIED COMPLAINT FOR DAMAGES** |

Defendant AMERICAN HONDA FINANCE CORPORATION (hereinafter "AHFC" or "Defendant"), appearing for itself alone, answers the verified complaint for damages by Plaintiff KENNETH S. COUSENS ("Plaintiff") as follows:

## INTRODUCTION

1. In answer to paragraph 3, this answering defendant denies the allegations contained therein.

2. In answer to paragraph 4, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 4.

3. In answer to paragraph 5, this answering defendant admits the allegations contained therein.

4. In answer to paragraph 6, this answering defendant denies the allegations contained therein.



999999.901019/640910.01

5.  In answer to paragraph 7, this answering defendant admits the allegations contained therein.

6.  In answer to paragraph 8, this answering defendant denies the allegations contained therein.

7.  In answer to paragraph 9, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 9 as to the present residence of Plaintiff; except as just qualified this answering defendant admits the balance of the allegations of paragraph 9.

8.  In answer to paragraph 10, this answering defendant admits the allegations contained therein.

9.  In answer to paragraph 11, this answering defendant admits the allegations contained therein.

10. In answer to paragraph 12, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 12.

11. In answer to paragraph 13, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 13.

12. In answer to paragraph 14, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 14.

13. In answer to paragraph 15, this answering defendant admits that it provides financing for the purchase or leasing of motor vehicles and attempts to collect payment from its nonpaying customers; except as just admitted, this answering defendant has no information or belief sufficient to enable it to answer and on that ground denies the balance of paragraph 15.

14. In answer to paragraph 16, this answering defendant admits the allegations contained therein.

15. In answer to paragraph 17, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 17.

16. In answer to paragraph 18, this answering defendant admits the allegations contained therein.

999999.901019/640910.01

17. In answer to paragraph 19, this answering defendant admits the allegations contained therein.

18. In answer to paragraph 20, this answering defendant admits that the Plaintiff claimed the vehicle was purchased for personal, family and household purposes.

19. In answer to paragraph 21, this answering defendant admits the allegations contained therein.

20. In answer to paragraph 22, this answering defendant admits the debt was referred to Northwest Mediation Group Inc to locate Plaintiff, except as just admitted, this answering defendant denies the remaining allegations of paragraph 22.

21. In answer to paragraph 23, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 23.

22. In answer to paragraph 24, this answering defendant denies the allegations contained therein.

23. In answer to paragraph 25, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 25.

24. In answer to paragraph 26, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 26.

25. In answer to paragraph 27, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 27.

26. In answer to paragraph 28, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 28.

27. In answer to paragraph 29, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 29.

28. In answer to paragraph 30, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 30.

29. In answer to paragraph 31, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 31.

999999.901019/640910.01

30. In answer to paragraph 32, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 32.

31. In answer to paragraph 33, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 33.

32. In answer to paragraph 34, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 34.

33. In answer to paragraph 35, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 35.

34. In answer to paragraph 36, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 36.

35. In answer to paragraph 37, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 37.

36. In answer to paragraph 38, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 38.

37. In answer to paragraph 39, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 39.

38. In answer to paragraph 40, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 40.

39. In answer to paragraph 41, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 41.

40. In answer to paragraph 42, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 42.

41. In answer to paragraph 43, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 43.

42. In answer to paragraph 44, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 44.

43. In answer to paragraph 45, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 45.

999999.901019/640910.01

44. In answer to paragraph 46, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 46.

45. In answer to paragraph 47, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 47.

46. In answer to paragraph 48, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 48.

47. In answer to paragraph 49, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 49.

48. In answer to paragraph 50, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 50.

49. In answer to paragraph 51, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 51.

50. In answer to paragraph 52, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 52.

51. In answer to paragraph 53, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 53.

52. In answer to paragraph 54, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 54.

53. In answer to paragraph 55, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 55.

54. In answer to paragraph 56, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 56.

55. In answer to paragraph 57, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 57.

56. In answer to paragraph 58, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 58.

57. In answer to paragraph 59, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 59.

58. In answer to paragraph 60, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 60.

59. In answer to paragraph 61, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 61.

60. In answer to paragraph 62, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 62.

61. In answer to paragraph 63, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 63.

62. In answer to paragraph 64, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 64.

63. In answer to paragraph 65, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 65.

64. In answer to paragraph 66, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 66.

65. In answer to paragraph 67, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 67.

66. In answer to paragraph 68, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 68.

67. In answer to paragraph 69, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 69.

68. In answer to paragraph 70, this answering defendant denies the allegations contained therein.

69. In answer to paragraph 71, this answering defendant denies the allegations contained therein.

70. In answer to paragraph 72, this answering defendant denies the allegations contained therein.

71. In answer to paragraph 73, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 73.

999999.901019/640910.01

72. In answer to paragraph 74, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 74.

73. In answer to paragraph 75, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 75.

74. In answer to paragraph 76, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 76.

75. In answer to paragraph 77, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 77.

76. In answer to paragraph 78, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 78.

77. In answer to paragraph 79, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 79.

78. In answer to paragraph 80, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 80.

79. In answer to paragraph 81, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 81.

80. In answer to paragraph 82, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 82.

81. In answer to paragraph 83, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 83.

82. In answer to paragraph 84, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 84.

83. In answer to paragraph 85, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 85.

84. In answer to paragraph 86, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 86.

85. In answer to paragraph 87, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 87.

86. In answer to paragraph 88, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 88.

87. In answer to paragraph 89, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 89.

88. In answer to paragraph 90, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 90.

89. In answer to paragraph 91, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 91.

90. In answer to paragraph 92, this answering defendant admits the allegations contained therein.

91. In answer to paragraph 93, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 93.

92. In answer to paragraph 94, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 94.

93. In answer to paragraph 95, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 95.

94. In answer to paragraph 96, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 96.

95. In answer to paragraph 97, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 97.

96. In answer to paragraph 98, this answering defendant admits the allegations contained therein.

97. In answer to paragraph 99, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 99.

98. In answer to paragraph 100, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 100.

99. In answer to paragraph 101, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 101.

100.  In answer to paragraph 102, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 102.

101.  In answer to paragraph 103, this answering defendant denies the allegations contained therein.

102.  In answer to paragraph 104, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 104.

103.  In answer to paragraph 105, this answering defendant admits the that HONDA has a duty to reasonably investigate its employees' background when hiring; except as just admitted, this answering defendant denies the remaining allegations of paragraph 105.

104.  In answer to paragraph 106, this answering defendant denies the allegations contained therein.

105.  In answer to paragraph 107, this answering defendant denies the allegations contained therein.

106.  In answer to paragraph 108, this answering defendant denies the allegations contained therein.

## CAUSES OF ACTION CLAIMED BY PLAINTIFF

## COUNT I

## HONDA'S AND "AGENT JENKIN'S" VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

### Cal. Civ. Code §§ 1788-1788.32 (RFDCPA)

107.  In answer to paragraph 109, this answering defendant realleges his answers to paragraphs 1-108 as though fully set forth at this point.

108.  In answer to paragraph 110, this answering defendant denies the allegations contained therein.

109.  In answer to paragraph 111, this answering defendant denies the allegations contained therein.

999999.901019/640910.01

## COUNT II

## "AGENT JENKINS'S" VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692 ET. SEQ.

110. In answer to paragraph 112, this answering defendant realleges his answers to paragraphs 1-111 as though fully set forth at this point.

111. In answer to paragraph 113, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 113.

112. In answer to paragraph 114, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 114.

## COUNT III

## NEGLIGENCE OF HONDA

113. In answer to paragraph 115, this answering defendant realleges his answers to paragraphs 1-114 as though fully set forth at this point.

114. In answer to paragraph 116, this answering defendant admits the allegations contained therein.

115. In answer to paragraph 117, this answering defendant denies the allegations contained therein.

116. In answer to paragraph 118, this answering defendant denies the allegations contained therein.

117. In answer to paragraph 119, this answering defendant denies the allegations contained therein.

## COUNT IV

## NEGLIGENCE OF CINGULAR

118. In answer to paragraph 120, this answering defendant realleges his answers to paragraphs 1-119 as though fully set forth at this point.

119. In answer to paragraph 121, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 121.

999999.901019/640910.01

120. In answer to paragraph 122, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 122.

121. In answer to paragraph 123, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 123.

122. In answer to paragraph 124, this answering defendant has no information or belief sufficient to enable him to answer and on that ground denies the allegations of paragraph 124.

## COUNT V

## INVASION OF PRIVACY OF AGENT JENKINS

123. In answer to paragraph 125, this answering defendant realleges his answers to paragraphs 1-124 as though fully set forth at this point.

124. In answer to paragraph 126, this answering defendant admits the allegations contained therein.

125. In answer to paragraph 127, this answering defendant denies the allegations contained therein.

126. In answer to paragraph 128, this answering defendant denies the allegations contained therein.

127. In answer to paragraph 129, this answering defendant denies the allegations contained therein.

128. In answer to paragraph 130, this answering defendant denies the allegations contained therein.

## **AFFIRMATIVE DEFENSES**

1. Honda was not acting as a debt collector in the matter complained of by Plaintiff and Northwest Mediation Group Inc. was not authorized by Honda to act in any manner in violation of statutory debt collection practices.

2. Honda was unaware of any actions by "Agent Jenkins" or Northwest Mediation Group Inc. and, thus, acted a bona fide error that any such unlawful actions were being taken.

3. Plaintiff was at all times acting with unclean hands in that he had the ability to pay his debt to Honda and/or return Honda's collateral and engaged in deceptive tactics and made false statement of claim to avoid payment of his lawful debt to Honda and is estopped from any

11

statutory recovery from Honda. Plaintiff breached his installment sales contract, refused to surrender Honda's collateral when requested, and concealed the vehicle and his whereabouts.

      4.     Discovery has yet to commence. Honda reserves the right to add other and further defenses as they become known through discovery, including but not limited to statute of limitations, Plaintiff's failure to satisfy the prerequisites to filing the above-action, laches and estoppel by conduct.

DATED: October 23, 2006

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Philip J. Giacinti, Jr.
Attorneys for Defendants,
American Honda Finance Corporation

12

999999.901019/640910.01

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I have read the foregoing ANSWER OF DEFENDANT AMERICAN HONDA FINANCE CORPORATION TO VERIFIED COMPLAINT FOR DAMAGES and know its contents.

I am RICHARD SAUERBAUM, Customer Account Manager of American Honda Finance Corporation. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated as lacking information and belief, and as to those matters I have no such knowledge.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 23, 2006, at Cypress, California.

AMERICAN HONDA FINANCE CORPORATION

By: RICHARD SAUERBAUM

Title: Customer Account Manager

999999.901019/640910.01

ORIGINAL

Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendants American Honda Finance Corporation

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. COUSENS, | Case No.: 06CV2080 LSP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMERICAN HONDA FINANCE CORPORATION, "AGENT JENKINS" and CINGULAR WIRELESS SERVICES, INC., | |
| Defendants. | |
| AMERICAN HONDA FINANCE CORPORATION, | |
| Counter-Claimant and Cross-Claimant | |
| v. | |
| KENNETH S. COUSENS and NORTHWEST MEDIATION GROUP, INC., | |
| Counter-Defendant and Cross-Defendant | |

I hereby certify that on this 24th day of October, 2006, a true and correct copy of the following document(s):

**1) ANSWER OF DEFENDANT AMERICAN HONDA FINANCE CORPORATION TO VERIFIED COMPLAINT FOR DAMAGES**

and

**2) COUNTER-CLAIM FOR FORECLOSURE ON COLLATERAL, CONVERSION AND DAMAGES; CROSS-CLAIM FOR INDEMNIFICATION**

999999.901019/643220.01

1 | was served electronically via ECF/PACER and/or facsimile to the following:

> Joshua B. Swigart, Esq.
> Robert L. Hyde, Esq.
> Hyde & Swigart
> 411 Camino Del Rio South, Suite 301
> San Diego, CA 92108-3551
> Fax No.: 1-619-330-4657

/s/ Liz James

---

CERTIFICATE OF SERVICE

2

999999.901019/643220.01