# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kenneth S. Cousens

             **V.**                     **JUDGMENT IN A CIVIL CASE**

American Honda Finance Corp., et al.,

                             **CASE NUMBER:**   06-CV-2080-W (LSP)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants the motion for partial summary judgment. The Clerk shall enter judgment as follows:
Judgment against Cousens for breach of contract, in the amount of $7,318.66, plus interest beginning October 4, 2005, plus attorneys' fees and costs.
A writ of possession in Honda's favor for the 1999 Honda Accord. Honda is hereby authorized to foreclose in a commercially reasonable manner against the 1999 Accord.
The third claim, for conversion, shall NOT be dismissed or otherwise disposed of.

|  |  |
|---|---|
| April 30, 2007 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | s/A. Everill |
|  | (By) Deputy Clerk |
|  | ENTERED ON April 30, 2007 |

06-CV-2080-W (LSP)