# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kenneth S. Cousens

<div style="display:flex">

**V.**  **AMENDED JUDGMENT IN A CIVIL CASE**

</div>

American Honda Finance Corp., Northwest
Mediation Group, Inc., and "Agent Jenkins"

**CASE NUMBER:** 06-CV-2080-W (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment against Plaintiff Kenneth S. Cousens ("Cousens") for breach of contract, in the amount of $3,805.42, together with attorney fees and costs to be presented by cost bill. A writ of possession in American Honda Finance Corp.'s ("Honda") favor for the 1999 Honda Accord. Honda is hereby authorized to foreclose in a commercially reasonable manner against the 1999 Accord. The third claim, for conversion, shall not be dismissed or otherwise disposed of.

| May 30, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON May 30, 2007 |