ORIGINAL

Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendant, Counter-Claimant and Cross-Claimant
American Honda Finance Corporation

FILED

07 JUL -2 PM 4:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. COUSENS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, "AGENT JENKINS" and CINGULAR WIRELESS SERVICES, INC.,<br><br>　　　　Defendants.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>　　　　Counter-Claimant and Cross-Claimant,<br><br>v.<br><br>KENNETH S. COUSENS and NORTHWEST MEDIATION GROUP, INC.,<br><br>　　　　Counter-Defendant and Cross-Defendant. | Case No.: 06CV2080 LSP<br><br>**DECLARATION OF PHILIP J. GIACINTI, JR. IN SUPPORT OF WRIT OF POSSESSION**<br><br>Crtm:　7<br>Judge:　Hon. Thomas J. Whelan |

I, Philip J. Giacinti, Jr., declare:

1. I am an attorney at law licensed to practice in the above court and at all times relevant was the attorney for Defendant, Counter-Claimant/Cross-Claimant, American Honda Finance Corporation ("Honda").

JUL 0 2 2007 - Writ Issued

1
DECLARATION OF PHILIP J. GIACINTI, JR. IN SUPPORT OF WRIT OF POSSESSION

111404.000005/720859.01

2. I make this declaration of my own personal knowledge and if called as a witness could competently testify to the facts set forth herein.

3. Judgment for the 1999 Honda Accord, VIN# 1HGCG165XXA022398, was entered on May 29, 2007 in the docket of the above-entitled action in favor of Judgment Creditor, Honda and against Judgment Debtor, Kenneth S. Cousens.

4. I am the attorney for said Judgment Creditor and request issuance of a Writ of Possession on the Judgment.

5. Attached hereto as Exhibit "A" is a true and correct copy of the Court's Order Granting Motion to Amend Judgment authorizing writ of possession.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of July, 2007, at San Diego, California.

_____
Philip J. Giacinti, Jr.

FILED

2007 MAY 29 PM 4:25

CLERK US DIS...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KENNETH S. COUSENS, | CASE NO.: 06CV-2080 W(LSP) |
|---|---|
| PLAINTIFF, | |
| v. | ORDER GRANTING |
| AMERICAN HONDA FINANCE CORP., NORTHWEST MEDIATION GROUP, INC., AND "AGENT JENKINS," | MOTION TO AMEND JUDGMENT |
| DEFENDANTS. | |

The Court having reviewed the Stipulation of the parties, the Court's Order Granting Motion for Partial Summary Judgment dated April 30, 2007, and the Supplemental Declaration of Richard Sauerbaum dated April 11, 2007 and good cause appearing:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

The Court amends its order granting the motion for partial summary judgment. The Clerk shall enter judgment as follows:

Judgment against Plaintiff Kenneth S. Cousens ("Cousens") for breach of contract, in the amount of $3,805.42, together with attorney fees and costs to be presented by cost bill.

EXHIBIT A

1  A writ of possession in American Honda Finance Corp.'s ("Honda") favor
2  for the 1999 Honda Accord.  Honda is hereby authorized to foreclose in a
3  commercially reasonable manner against the 1999 Accord.
4  The third claim, for conversion, shall NOT be dismissed or otherwise
5  disposed of.

10  Dated: 5/29/07

By: /s/ *signature*
Hon. Thomas J. Whelan
U.S. District Judge