# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. COUSENS,<br><br>Plaintiff,<br>v.<br><br>AMERICAN HONDA FINANCE CORP., et al.,<br><br>Defendants. | CASE NO. 06-CV-2080 W (LSP)<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES** |

On May 21, 2007, Plaintiff-Counterdefendant Kenneth S. Cousens and Defendant-Counterclaimant American Honda Finance Corp. ("Honda") jointly filed a motion to amend the Clerk's judgment dated April 30, 2007. In the order granting the joint motion, the court ordered the Clerk to enter judgment as follows: "Judgment against Plaintiff Kenneth S. Cousens ("Cousens") for breach of contract, in the amount of $3,805.42, together with attorney fees and costs to be presented by cost bill." Honda presented a cost bill that included attorney fees. On June 14, 2007, Cousens objected to the bill of costs, arguing that prevailing parties may *never* receive attorneys' fees under Ayeska Pipeline Service Co. v. Wilderness Society, 421 U.S. 240 (1975). The court disagrees, and will **GRANT** the motion for attorneys' fees.

1    Regardless of the default rule that the prevailing party cannot recover attorneys'
2 fees—as opposed to costs of suit—Cousens joined the motion to amend the Clerk's
3 judgment.  Therefore, Cousens waived any objections to awarding attorneys' fees in
4 principle.  If Cousens means to object to the *form* of requesting attorneys' fees, as
5 opposed to the principle, the court concludes that the grammar of its order is at best
6 ambiguous: One might conclude that Honda may only obtain *costs* in its cost bill and
7 must move for *attorneys' fees* through some other undisclosed mechanism.  Either way,
8 however, the amended judgment (which refers to the contract Cousens breached)
9 specifically entitles Honda to its reasonable attorneys' fees.

10   Thus, Honda may receive attorneys' fees by motion under the amended judgment
11 dated May 30, 2007 rather than Federal Rule 54(d).  Cousens did not object to any
12 specific time entry as unreasonable or not related to this action.  Therefore, the court
13 hereby **GRANTS** Honda's motion for $8,922.75 in attorneys' fees.

14   **IT IS SO ORDERED.**

17 DATED: July 26, 2007

19 Hon. Thomas J. Whelan
   United States District Judge