## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>COUSENS</u>   v. <u>AMERICAN HONDA FINANCE</u>           No. <u>06CV2080-W(LSP)</u>

<u>HON. LEO S. PAPAS</u>      <u>CT. DEPUTY TRISH LOPEZ</u>   <u>Rptr.  2 HRS. 45 MIN.</u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                              <u>Defendants</u>

_____                              _____
_____                              _____
_____                              _____

Settlement Conference held.

  <u>  X  </u>    Copies to:  Counsel of Record          <u>_____</u>   Notified by Telephone

DATED:  July 26, 2007

                                              _____
                                              Hon. Leo S. Papas
                                              U.S. Magistrate Judge