1  Robert L. Hyde
   State Bar No.: 227183
2  Joshua B. Swigart
   State Bar No.: 225557
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6

7  Attorneys for Plaintiffs,
   Kenneth S. Cousens

8

9              **UNITED STATES DISTRICT COURT,**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

| KENNETH S. COUSENS, | Case No.: 06CV 2080 W (LSP) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF JOINT DISMISSAL WITH PREJUDICE AS TO DEFENDANT NORTHWEST MEDIATION GROUP, INC.** |
| AMERICAN HONDA FINANCE CORPORATION, "AGENT JENKINS," AND CINGULAR WIRELESS SERVICES, INC, AND NORTHWEST MEDIATION GROUP, INC. | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, NORTHWEST MEDIATION GROUP, through their designated counsel of record, that the above captioned action, as to Defendant NORTHWEST MEDIATION GROUP, INC., the remaining Defendant in this action, is dismissed WITH prejudice pursuant to FRCP 41(a)(1), consistent with the terms of the settlement agreement executed between the Parties.

//
//
//
//

NOTICE OF JOINT DISMISSAL WITH PREJUDICE        PAGE 1 OF 2        06CV 2080 W (LSP)

1  The Parties further stipulate that jurisdiction will remain with the Magistrate Judge
2  to enforce the terms of the settlement.  Additionally, each party is to bear its own
3  attorney's fees and costs.
4  Dated:  June 24, 2008                              Dated: June 24, 2008

6  _/S/ JOSHUA B. SWIGART__              _/S/ JEFFREY A. LIPOW__
7  **Joshua B. Swigart**                          **Jeffrey A. Lipow**
   Attorney for Plaintiff                            Attorney for Defendant
8                                                          Northwest Mediation Group, Inc.